UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE BOARD OF TRUSTEES OF THE
AMERICAN FEDERATION OF MUSICIANS AND
EMPLOYERS' PENSION FUND,

18-cv-4250 (JGK)

ORDER

          Plaintiff,

- against -

KAREN BANOS,

          Defendant.

---

JOHN G. KOELTL, District Judge:

    On February 10, 2025, the plaintiff moved to reopen this case. ECF No. 71. According to the plaintiff, in 2019, the parties entered into a settlement agreement that entitled the plaintiff, in the event of a breach, to enter a consent judgment against the defendant Karen Banos and her husband, Philip McClelland. Id.

    On February 11, 2025, the Court directed the defendant to respond to the plaintiff's motion by February 18, 2025. ECF No. 72. On February 18, 2025, the plaintiff submitted a certificate of service declaring that the Court's February 11, 2025 Order was served on Banos and McClelland via both first class mail and email. ECF No. 73. To date, neither Banos nor McClelland have submitted any response to the plaintiff's letter motion.

    The parties and Philip McClelland are directed to appear, by phone, for a conference on **Thursday, March 13, 2025** at **3:00 p.m.** Dial-in: 646-453-4442, with access code 675-278-33#.

The plaintiff is directed to serve a copy of this Order on Banos and McClelland via first class mail at:

> Karen Banos
> Philip McClelland
> 214 Richmond Street
> Philadelphia, PA 19125

and email at:

> rittenhousemusic@gmail.com
> philip.mcclelland@asc.upenn.edu

The plaintiff is further directed to submit a certificate of service confirming such service by **March 3, 2025.**

Banos and McClelland may submit any response to the plaintiff's motion before the conference on Thursday, March 13, 2025.

**SO ORDERED.**

**Dated:**     **New York, New York**
              **February 24, 2025**

                                    _____
                                    John G. Koeltl
                                    **United States District Judge**