UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

THE BOARD OF TRUSTEES OF THE
AMERICAN FEDERATION OF MUSICIANS AND          18-cv-4250 (JGK)
EMPLOYERS' PENSION FUND,

                         Plaintiff,          <u>ORDER</u>

        - against -

KAREN BANOS d/b/a RITTENHOUSE MUSIC,

                     Defendant.
_____

JOHN G. KOELTL, District Judge:

    The plaintiff is directed to submit documents supporting the amount of the monetary judgment requested by the plaintiff. The plaintiff's submission should be made by **March 21, 2025.** The defendant Karen Banos and the nonparty Philip McClelland may respond by **March 31, 2025.**

    The plaintiff is directed to serve a copy of this Order on Banos and McClelland via email at rittenhousemusic@gmail.com and philip.mcclelland@asc.upenn.edu, respectively, and to submit a certificate of service confirming such service by **March 18, 2025.**

SO ORDERED.

Dated:    New York, New York
        March 13, 2025

                                  _____
                                     John G. Koeltl
                      United States District Judge