UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE BOARD OF TRUSTEES OF THE
AMERICAN FEDERATION OF MUSICIANS AND
EMPLOYERS' PENSION FUND,

                    Plaintiff,

        - against -

KAREN BANOS,

                    Defendant.

---

18-cv-4250 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

On April 7, 2025, the plaintiff requested an extension of time to April 28, 2025, for the defendant Karen Banos and her husband, Phillip McClelland, to respond to the plaintiff's motion to reopen this case. ECF No. 82. On April 8, 2025, the Court so ordered that request. ECF No. 83.

To date, Banos and McClelland have not responded to the plaintiff's motion to reopen this case. Nor has the plaintiff submitted any further status update.

The parties are directed to provide the Court with a status update by **May 9, 2025.**

SO ORDERED.

Dated:    New York, New York
          May 5, 2025

                                    _____
                                        John G. Koeltl
                                    United States District Judge